**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 47 WAL 2020

       Respondent          :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

           v.                       :

                                     :

SHAWN CARRIGG,                      :

                                     :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.